

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00380-CV

**IN THE INTEREST OF L.L.N-P.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01933
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent. TEX. R. APP. P. 20.

SIGNED November 21, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice